IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

James Feltman, not individually but solely as chapter 11 trustee for TS Employment, Inc.,

| Plaintiff | Case Number |
|---|---|
| vs. | 18-ap-1649-mg (Bankr. S.D.N.Y.) |
| Kossoff & Kossoff LLP and Irwin Kossoff, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Irwin Kossoff and Kossoff and Kossoff LLP,

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-4696-vb |
| Continental Casualty Company, | |
| Defendant | |

IH-32  Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case was commenced on May 21, 2019. Defendant's deadline to respond to the Complaint is October 17, 2019.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is a motion by defendants in an adversary proceeding to withdraw the reference of the same to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d). By the earlier filed case the same defendants have asserted declaratory judgment and breach of contract claims against an insurer on account of the insurer's refusal to cover defense costs in the referenced adversary proceeding.

Signature: _Jeffrey Chubak_  Date: 8/27/19

Firm: Storch Amini PC