UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TS EMPLOYMENT, INC.,<br><br>                                Debtors.<br>JAMES FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br><br>                                Plaintiff,<br><br>            - against -<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br><br>                                Defendants. | Case No. 19-cv-8087-ua<br><br>Chapter 11 Case No. 15-bk-10243-mg<br><br>No. 18-ap-1649-mg<br><br>**CERTIFICATE OF SERVICE** |

    I, Jeffrey Chubak, hereby certify under penalty of perjury that on August 27, 2019, I electronically filed a copy of the Notice of Defendants' Motion to Withdraw the Bankruptcy Reference, Memorandum of Law in Support, and Declaration of Jeffrey Chubak, together with Exhibits 1-3 thereto, on the docket of the above-referenced adversary proceeding, and arranged for hand delivery of one original and three copies of a completed Civil Cover Sheet with Statement of Relatedness to the Bankruptcy Court Clerk the next day pursuant to Local Bankruptcy Rule 5011-1; that on August 29, 2019, each of the foregoing documents was posted to the docket herein; and that at the same time Notice of Electronic Filing of each of the foregoing documents was e-mailed to counsel for Plaintiff James Feltman, thereby effecting service of the same pursuant to Fed. R. Civ. P. 5(b)(2)(e) and Local Civil Rule 5.2(e) and Section 9.1 of this Court's Electronic Case Filing Rules & Instructions (Feb. 1, 2019 ed.), at the following addresses: Vincent Lazar <vlazar@jenner.com>; and Carl Wedoff <cwedoff@jenner.com>.

Dated: August 29, 2019

                                        STORCH AMINI PC

                                        /s/ Jeffrey Chubak
                                        Attorneys for Defendants Kossoff & Kossoff
                                        LLP and Irwin Kossoff