UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>TS EMPLOYMENT, INC.,<br><br>Debtor.<br><br>―――――――――――――――<br><br>JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br><br>Defendants. | 19-cv-8087 (NSR)<br>(on motion for withdrawal of the bankruptcy reference)<br><br>Chapter 11 Case No. 15-10243 (MG)<br><br><br><br>Adv. Proc. No. 18-1649 (MG) |

## CERTIFICATE OF SERVICE

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that on September 10, 2019, I caused the *Response To Defendants' Motion To Withdraw The Reference* [Dkt. 8] to be filed electronically via the Court's CM/ECF system.

Dated: New York, New York
September 10, 2019

JENNER & BLOCK LLP

By: /s/ *Carl N. Wedoff*
Carl N. Wedoff