UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TS EMPLOYMENT, INC.,<br><br>                      Debtors.<br>JAMES FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br>                      Plaintiff,<br><br>- against -<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br>                      Defendants. | No. 19-cv-8087-NSR<br><br>No. 15-bk-10243-MG<br><br>No. 18-ap-1649-MG |

## STIPULATION AND ORDER

WHEREAS, Defendants have moved to withdraw the reference of the above-captioned adversary proceeding for purposes of trial;

WHEREAS, Plaintiff has represented in his Response that he does not oppose withdrawal of the reference upon completion of all pretrial proceedings; and

WHEREAS, the Case Management and Scheduling Order, entered September 10, 2019, set March 11, 2020 as the fact discovery cutoff, March 25, 2020 as the deadline to request a pre-motion conference pursuant to Local Bankruptcy Rule 7056-1, April 10, 2020 as the expert discovery cutoff, and June 2, 2010 at 10:00 a.m. as the date and time for the final pretrial conference.

NOW, THEREFORE, the parties hereby stipulate and agree as follows, by and through their undersigned counsel:

1. The motion to withdraw the reference of the adversary proceeding shall be held in abeyance pending the completion of pretrial proceedings before the Bankruptcy Court.

2. The parties shall submit a joint status report to this Court prior to the completion of pretrial proceedings in the adversary proceeding.

Dated: September 11, 2019

JENNER & BLOCK LLP

/s/ Richard Levin
Richard Levin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
rlevin@jenner.com
cwedoff@jenner.com
- and -
Vincent E. Lazar
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
vlazar@jenner.com
*Attorneys for Plaintiff James Feltman, as Chapter 11 Trustee*

STORCH AMINI PC

/s/ Steven G. Storch
Steven G. Storch
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
sstorch@storchamini.com
jchubak@storchamini.com
*Attorneys for Defendants Kossoff & Kossoff LLP and Irwin Kossoff*

Dated: September ____, 2019

So ordered:

_____
Honorable Nelson S. Román
United States District Judge