UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TS EMPLOYMENT, INC.,<br><br>Debtors. | No. 19-cv-8087-NSR<br><br>No. 15-bk-10243-MG |
| JAMES FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br><br>Plaintiff,<br><br>- against -<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br><br>Defendants. | No. 18-ap-1649-MG |

## STIPULATION AND ORDER

WHEREAS, Defendants have moved to withdraw the reference of the above-captioned adversary proceeding for purposes of trial;

WHEREAS, Plaintiff has represented in his Response that he does not oppose withdrawal of the reference upon completion of all pretrial proceedings; and

WHEREAS, the Case Management and Scheduling Order, entered September 10, 2019, set March 11, 2020 as the fact discovery cutoff, March 25, 2020 as the deadline to request a pre-motion conference pursuant to Local Bankruptcy Rule 7056-1, April 10, 2020 as the expert discovery cutoff, and June 2, 2010 at 10:00 a.m. as the date and time for the final pretrial conference.

NOW, THEREFORE, the parties hereby stipulate and agree as follows, by and through their undersigned counsel:

1. The motion to withdraw the reference of the adversary proceeding shall be held in abeyance pending the completion of pretrial proceedings before the Bankruptcy Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9|16|2019

2. The parties shall submit a joint status report to this Court prior to the completion of pretrial proceedings in the adversary proceeding.

Dated: September 11, 2019

JENNER & BLOCK LLP

/s/

Richard Levin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
rlevin@jenner.com
cwedoff@jenner.com
- and -
Vincent E. Lazar
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
vlazar@jenner.com
*Attorneys for Plaintiff James Feltman, as Chapter 11 Trustee*

STORCH AMINI PC

/s/

Steven G. Storch
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
sstorch@storchamini.com
jchubak@storchamini.com
*Attorneys for Defendants Kossoff & Kossoff LLP and Irwin Kossoff*

Dated: September 16, 2019

So ordered:

Honorable Nelson S. Román
United States District Judge