USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In Re

TS EMPLOMENT, INC.,
              Debtor.
-----------------------------------------------------------X
In Re

CORPORATE RESOURCE SERVICES, INC.,
et al.,
              Debtor.
-----------------------------------------------------------X
JAMES S. FELTMAN, not individually but solely
As chapter 11 trustee for TS Employment, Inc.,

              Plaintiff,

      -against-

KOSSOFF & KOSSOFF LLP and IRWIN
KOSSOFF,
              Defendants.
-----------------------------------------------------------X

Case No. 15-10243 (MG)

Chapter 11

Case No. 15-12329 (MG)

CHAPTER 11

(Jointly Administered)

**JUDGMENT**

19 **CIVIL** 8087 (NSR)

Adv. Proc. No. 18-1649 (MC)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated December 28, 2019, the motion is deemed withdrawn and the action is hereby dismissed.

**Dated:** New York, New York
         January 13, 2020

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/13/2020